IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CR-00099-ALM-AGD** |
| | § | |
| **JUSTIN ALLEN LANGSTON (4)** | § | |

## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 225 (sealed).

## PROCEDURAL HISTORY

On June 3, 2020, United States District Judge Amos L. Mazzant, III, sentenced defendant Justin Allen Langston to 84 months of imprisonment followed by five years of supervised release. Dkt. 131. Langston's term of supervised release commenced April 23, 2026. Dkt. 225 (sealed).

In July 2026, a probation officer petitioned the court for a warrant, alleging that Langston had violated conditions of his supervised release. *Id.* The petition alleged that Langston had violated conditions that required him to refrain from any unlawful use of a controlled substance and to participate in a program of testing and treatment for substance abuse. *Id.* In support of those allegations, the petition asserted that Langston had submitted urine samples that tested positive for controlled substances and that he failed to report for random drug testing and substance abuse treatment. *Id.*

A final revocation hearing was held before me on July 27, 2026. Langston pleaded true to allegations one and two. Minute Entry for July 27, 2026. He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 235. The court then announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, the court recommends that: (1) Langston's supervised release be revoked based on allegations one and two in the petition for revocation of his supervised release, Dkt. 225 (sealed); and (2) Langston be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months, with no term of supervised release to follow.

So **ORDERED** and **SIGNED** this 28th day of July, 2026.

Bill Davis
United States Magistrate Judge